**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:24-cv-12822-ADB |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Bonnie Maas and Jonathan Johnson (together, "Plaintiffs") in the above-referenced consolidated stockholder derivative action (the "Action") hereby respectfully move this Honorable Court, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, to grant preliminary approval of the settlement of this Action as set forth in the Stipulation of Settlement dated August 5, 2026 (the "Stipulation" or "Settlement"),[1] and filed herewith (the "Motion"). The Stipulation resolves all derivative claims in this Action brought on behalf of nominal defendant Evolv Technologies Holdings, Inc. ("Evolv" or the "Company"). Plaintiffs respectfully request the Court enter the Proposed Preliminary Approval Order ("Preliminary Approval Order" submitted herewith.[2]

In support of this unopposed Motion, Plaintiffs rely upon the Stipulation and all exhibits appended thereto, together with the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, and the Declaration of Joshua Baker in support of this Motion, together with its exhibits.

[1] Unless otherwise noted, all capitalized terms herein shall have the same definition as set forth in the Stipulation, a true and correct copy of which is attached to the Declaration of Joshua Baker in Support of Unopposed Motion for Preliminary Approval of Settlement as Exhibit 1.

[2] The settlement discussed herein also resolves related claims made on behalf of the Company in the stockholder derivative actions captioned *Bersch v. George, et al.*, Case No. 2025-0266-MTZ (Del. Ch.) and *Patrick v. Charlton, et al.*, Case No. 2025-1121-MTZ (Del. Ch.), along with a litigation demand by stockholder Nicholas Ingrao, dated January 6, 2026.

In addition, the Parties respectfully request that the Court calendar a date for the final settlement hearing no less than forty-five (45) days after the Settlement Notice is given, at a date that is convenient for the Court.

The [Proposed] Preliminary Approval Order, also attached as Exhibit B to the Stipuation, is submitted herewith for the Court's convenience.

Defendants do not oppose the relief sought in this motion.

Respectfully Submitted,

Dated: August 5, 2026

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Joshua Baker
Joshua Baker (BBO #695561)
Phillip Kim
Erica L. Stone (*Pro Hac Vice* pending)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 626-1060
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com
philkim@rosenlegal.com
estone@rosenlegal.com

*Attorneys for Plaintiff Bonnie Maas and Co-Lead Counsel for Plaintiffs*

**ROWLEY LAW PLLC**

Shane T. Rowley, Esq. (*Pro Hac Vice* Forthcoming)
Danielle Rowland Lindahl, Esq.
50 Main Street, Suite 1000
White Plains, New York 10606
Telephone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com

*Attorneys for Plaintiff Jonathan Johnson and Co-Lead Counsel for Plaintiffs*

**SWEENEY MERRIGAN LAW, LLP**

J. Tucker Merrigan, BBO #681627
Brett R. Corson, BBO #677644

268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Fax: (617) 357-9001
Email: tucker@sweeneymerrigan.com
brc@sweeneymerrigan.com

*Attorneys for Plaintiff Jonathan Johnson*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendants regarding this motion. Counsel for Defendantss do not oppose the relief requested in this motion.

*/s/ Joshua Baker*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the preceding documents filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and electronic or paper copies will be sent to those indicated as non-registered participants.

Date: August 5, 2026

*/s/ Joshua Baker*