**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:24-cv-12822-ADB |

**NOTICE OF MOTION FOR**
**FINAL APPROVAL OF DERIVATIVE SETTLEMENT**

Please take notice that on October 21, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Bonnie Maas and Jonathan Johnson ("Plaintiffs") respectfully move this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, before the Honorable Allison D. Burroughs in the U.S. District Court for the District of Massachusetts, located at John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Courtroom 17, 5th Floor, Boston, Massachusetts 02210, for entry of an order: (i) determining that the terms and conditions of the Settlement are fair, reasonable, and adequate to Evolv Technologies Holdings, Inc. and its shareholders; (ii) entering the [Proposed] Final Order and Judgment ("Proposed Judgment"); (iii) awarding the Fee and Expense Amount and Service Awards; and (iv) granting such other and further relief as the Court deems appropriate (the "Motion").

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support of Motion for Final Approval of Derivative Settlement, the Declaration of Erica L. Stone in Support of Motion for Final Approval of Derivative Settlement, and the exhibits attached thereto, the Court's record in this matter, and such additional evidence or argument as may be required by the Court.

Plaintiffs respectfully request that the Court enter the Parties' agreed-upon form of the Proposed Judgment, attached as Exhibit C to the Stipulation of Settlement, and submitted herewith for the Court's convenience.

Defendants do not oppose the relief sought in this Motion.

Respectfully Submitted,

Dated: September 23, 2026

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Erica L. Stone*
Joshua Baker (BBO #695561)
Phillip Kim
Erica L. Stone (admitted *Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 626-1060
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com
philkim@rosenlegal.com
estone@rosenlegal.com

*Attorneys for Plaintiff Bonnie Maas and Co-Lead Counsel for Plaintiffs*

**ROWLEY LAW PLLC**
Shane T. Rowley, Esq. (*Pro Hac Vice* Forthcoming)
Danielle Rowland Lindahl, Esq.
50 Main Street, Suite 1000
White Plains, New York 10606
Telephone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com

*Attorneys for Plaintiff Jonathan Johnson and Co-Lead Counsel for Plaintiffs*

**SWEENEY MERRIGAN LAW, LLP**
J. Tucker Merrigan, BBO #681627
Brett R. Corson, BBO #677644
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Fax: (617) 357-9001

Email: tucker@sweeneymerrigan.com
brc@sweeneymerrigan.com

*Attorneys for Plaintiff Jonathan Johnson*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendants regarding this motion. Counsel for Defendants do not oppose the relief requested in this motion.

*/s/ Erica L. Stone*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the preceding documents filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and electronic or paper copies will be sent to those indicated as non-registered participants.

Date: September 23, 2026

*/s/ Erica L. Stone*